IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THE REPUBLIC OF ARTSAKH**, on behalf of its civilian population (*28 Azatamartikneri Ave., Stepanakert, Artsakh*); <br><br> **NVER LALAYAN**, as survivor and next-of-kin of Arkady Lalayan, (*Alek Manukyan Street, Yerevan, Armenia*); <br><br> **SERGEY KOSTANDYAN**, (*12 Bryusov St., Stepanakert, Artsakh*); <br><br> and <br><br> **ELMIRA TOROSYAN**, (*Shosh Village, Askeran District, Artsakh*), <br><br>       Plaintiffs, <br><br> v. <br><br> **L3HARRIS TECHNOLOGIES, INC.** (*1025 W. NASA Blvd, Melbourne, FL 32119*), <br><br>       Defendant. | No. 1:20-cv-2987 <br><br> Judge Amit P. Mehta |

**PROOF OF SERVICE**

Date:   October 27, 2020        Respectfully Submitted,


                                By: /s/ *Gayane Khechoomian*
                                Karnig S. Kerkonian (D.D.C. Bar No. IL0040)
                                Elizabeth M. Al-Dajani (D.D.C. Bar No. IL0039)
                                Gayane Khechoomian (D.D.C. Bar No. CA00029)
                                KERKONIAN DAJANI LLC
                                1555 Sherman Avenue, Suite 344
                                Evanston, Illinois 60201

Tel. (312) 416-6180 Fax (312) 604-7815
kkerkonian@kerkoniandajani.com
ealdajani@kerkoniandajani.com
gkhechoomian@kerkoniandajani.com

*Attorneys for Plaintiffs*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-2987

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    L3Harris Technologies, Inc.
was received by me on *(date)*    10/20/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Lynanne Gares - CSC Agent for Service   , who is
designated by law to accept service of process on behalf of *(name of organization)*    L3Harris Technologies, Inc.
_____ on *(date)*    10/22/2020 @ 10:20 AM    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    $157.40 .

I declare under penalty of perjury that this information is true.

Date:    10/23/2020

*Server's signature*

Ramona Talvacchio
*Printed name and title*

2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
*Server's address*

Additional information regarding attempted service, etc: