IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN,

                Plaintiffs,

- against -

L3 HARRIS TECHNOLOGIES, INC.,

                Defendant.

1:20-cv-02987-APM

**STIPULATION**

WHEREAS, plaintiffs in this action filed a complaint on October 16, 2020 (the "Complaint");

WHEREAS, defendant's agent was served with the Summons and Complaint on October 22, 2020, and defendant's response to the complaint is due November 12, 2020;

WHEREAS, the Complaint asserts claims pursuant to 28 U.S.C. §1350, the "Alien Tort Statute;"

WHEREAS, the Supreme Court of the United States has granted certiorari in two matters regarding the Alien Tort Statute, *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al.*, No. 19-453; the two matters have been consolidated for briefing and argument; and argument in the two matters has been scheduled for December 1, 2020;

WHEREAS, there is substantial overlap between the legal issues in this action and those the Supreme Court may soon decide in *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al*;

WHEREAS the parties are agreed that extending defendant's deadline to respond to the Complaint will promote the interest of conserving resources and allow adjudication of the above-captioned matter in the most efficient manner, *and*

WHEREAS undersigned counsel for defendant is filing his appearance in the matter on behalf of defendant contemporaneously with, and on the same date as, the filing of this Stipulation;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that:

Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint is hereby extended for a period of sixty (60) days, to January 11, 2021.

Dated:   Washington, DC
         November 10, 2020

KERKONIAN DAJANI LLC

By:    */s/ Karnig Kerkonian*
       Karnig S. Kerkonian

1555 Sherman Avenue, Suite 344
Evanston, IL 60201
(312) 416-6180
kkerkonian@kerkoniandajani.com

Attorneys for Plaintiffs
  THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By:     /s/ James D. Wareham
        James D. Wareham

801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com

Attorneys for Defendant
  L3HARRIS TECHNOLOGIES, INC.

SO ORDERED:

Dated: November ___, 2020

_____
U.S.D.J.

3