IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE REPUBLIC OF ARTSAKH, on behalf of its civilian
population; NVER LALAYAN, as survivor and next-of-
kin of Arkady Lalayan; SERGEY KOSTANDYAN; and
ELMIRA TOROSYAN,

Plaintiffs,

- against -

L3 HARRIS TECHNOLOGIES, INC.,

Defendant.

1:20-cv-02987-APM

## **STIPULATION**

WHEREAS, plaintiffs in this action filed a Complaint on October 16, 2020 (the "Complaint");

WHEREAS, defendant's response to the Complaint is due January 11, 2021, per the stipulation executed by all parties and filed with the Court on November 10, 2020;

WHEREAS, the Complaint asserts claims pursuant to 28 U.S.C. §1350, the "Alien Tort Statute;"

WHEREAS, the Supreme Court of the United States granted certiorari in two matters regarding the Alien Tort Statute, *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al.*, No. 19-453; the two matters were consolidated for briefing and argument; argument in the consolidated matters occurred December 1, 2020 and the case has been submitted;

WHEREAS, there is substantial overlap between the legal issues in this action and those the Supreme Court will soon decide in *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al*, No. 19-453;

WHEREAS the parties are agreed that extending defendant's deadline to respond to the Complaint will promote the interest of conserving resources and allow adjudication of the above-captioned matter in the most efficient manner; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint is hereby extended, to March 1, 2021.

Dated:   Washington, DC
             December 15, 2020

KERKONIAN DAJANI LLC

By:      *s/ Karnig S. Kerkonian*
             Karnig S. Kerkonian

1555 Sherman Avenue, Suite 344
Evanston, IL 60201
(312) 416-6180
kkerkonian@kerkoniandajani.com

Attorneys for Plaintiffs
   THE REPUBLIC OF ARTSAKH, on behalf
   of its civilian population; NVER LALAYAN,
   as survivor and next-of-kin of Arkady
   Lalayan; SERGEY KOSTANDYAN; and
   ELMIRA TOROSYAN

FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSON LLP

By:         *s/James D. Wareham*
              James D. Wareham

801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com

Attorneys for Defendant
  L3HARRIS TECHNOLOGIES, INC.


SO ORDERED:


Dated: December ___, 2020

                               U.S.D.J.

22982374