IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN,<br><br>                          Plaintiffs,<br><br>- against -<br><br>L3 HARRIS TECHNOLOGIES, INC.,<br><br>                          Defendant. | 1:20-cv-02987-APM |

**STIPULATION**

WHEREAS, plaintiffs in this action filed a complaint on October 16, 2020 (the "Complaint");

WHEREAS, defendant's response to the complaint is due June 30, 2021, pursuant to the stipulation executed by all parties and filed with the Court on April 12, 2021;

WHEREAS, the Complaint asserts claims pursuant to 28 U.S.C. §1350, the "Alien Tort Statute;"

WHEREAS, the Supreme Court of the United States granted certiorari in two matters regarding the Alien Tort Statute, *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al.*, No. 19-453; the two matters were consolidated for briefing and argument; argument in the consolidated matters occurred December 1, 2020 and the case has been submitted;

WHEREAS, there is substantial overlap between the legal issues in this action and those the Supreme Court will soon decide in *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al*, No. 19-453;

WHEREAS the parties are agreed that extending defendant's deadline to respond to the Complaint will promote the interest of conserving resources and allow adjudication of the above-captioned matter in the most efficient manner; therefore

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that:

Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint is hereby extended to September 1, 2021; and

If Defendant files a motion to dismiss, Plaintiffs shall have thirty-five (35) days to respond to Defendant's motion.

Dated:   Washington, DC
         June 2, 2021

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By:   *s/James D. Wareham*
      James D. Wareham

James D. Wareham
801 17th Street, NW
Washington, DC 20006
(202) 639-6000
james.wareham@friedfrank.com

Michael C. Keats (*pro hac vice*)
One New York Plaza
New York, NY 10004
(212) 859-80000
michael.keats@friedfrank.com

Attorneys for Defendant
  L3HARRIS TECHNOLOGIES, INC.

KERKONIAN DAJANI LLC

By: _____*s/Karnig S. Kernonian*_____
            Karnig S. Kerkonian

Karnig S. Kerkonian
Elizabeth M. Al-Dajani
Gayane Khechoomian
1555 Sherman Avenue, Suite 344
Evanston, IL 60201
(312) 416-6180
kkerkonian@kerkoniandajani.com
ealdajani@kerkoniandajani.com
gkhechoomian@kerkoniandajani.com

Attorneys for Plaintiffs
  THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN

SO ORDERED:

Dated: June ___, 2021

_____
U.S.D.J.

3

22982374