IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　- against -<br><br>L3 HARRIS TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　Defendant. | 1:20-cv-02987-APM |

**STIPULATION**

WHEREAS, plaintiffs in this action filed a Complaint on October 16, 2020 (the "Complaint");

WHEREAS, defendant's response to the Complaint is due September 1, 2021, pursuant to a stipulation executed by all parties and filed with the Court on June 2, 2021;

WHEREAS, the Complaint asserts claims pursuant to 28 U.S.C. §1350, the "Alien Tort Statute;"

WHEREAS, the Supreme Court of the United States issued its decision in matters regarding the Alien Tort Statute, *Nestle USA, Inc. v. John Doe I, et al.*, No. 19-416, and *Cargill, Inc. v. John Doe I, et al.*, No. 19-453 (collectively, "*Nestle*") on June 17, 2021;

WHEREAS, there is substantial overlap between the legal issues in this action and those that the Supreme Court decided in *Nestle*;

WHEREAS, counsel for the parties met and conferred by teleconference on July 2, 2021 to discuss the implications of the Supreme Court's *Nestle* decision on this case;

WHEREAS, the parties understand that Plaintiffs' counsel requires time to consider and discuss the legal implications of the *Nestle* decision with Plaintiffs which, under these circumstances, would require travel to Armenia and Artsakh;

WHEREAS, the parties agree to allow Plaintiffs until October 1, 2021, to so confer and to amend the Complaint in this matter in light of the *Nestle* decision;

WHEREAS, the parties are agreed that the foregoing extension of time will promote the interest of conserving resources and allow adjudication of the above-captioned matter in the most efficient manner; therefore

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that:

(1) Defendant's deadline of September 1, 2021 to answer, move to dismiss, or otherwise respond to the Complaint is hereby stricken;

(2) Plaintiffs are hereby granted leave to file an Amended Complaint in light of the Supreme Court decision in *Nestle*;

(3) On or before October 1, 2021, Plaintiffs shall file an Amended Complaint, or otherwise inform Defendant and the Court how they intend to proceed;

(4) Defendant's time to answer, move to dismiss, or otherwise respond to Plaintiffs' Complaint or Amended Complaint, if filed, is hereby extended to December 6, 2021; and

(5) If Defendant files a motion to dismiss, Plaintiffs shall have until January 31, 2022 to respond to Defendant's motion.

Dated: Washington, DC
July 13, 2021

        KERKONIAN DAJANI LLC

        By:    */s/ Karnig S. Kerkonian*
              Karnig S. Kerkonian

        1555 Sherman Avenue, Suite 344
        Evanston, IL 60201
        (312) 416-6180
        kkerkonian@kerkoniandajani.com

        Attorneys for Plaintiffs
          THE REPUBLIC OF ARTSAKH, on behalf of its civilian population; NVER LALAYAN, as survivor and next-of-kin of Arkady Lalayan; SERGEY KOSTANDYAN; and ELMIRA TOROSYAN

        FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

        By:    */s/ James D. Wareham*
              James D. Wareham

        801 17th Street, NW
        Washington, DC 20006
        (202) 639-6000
        james.wareham@friedfrank.com

        Michael C. Keats *(pro hac vice)*
        One New York Plaza
        New York, NY 10004
        (212) 859-8000
        michael.keats@friedfrank.com

        Attorneys for Defendant
          L3HARRIS TECHNOLOGIES, INC.

        SO ORDERED:

Dated: July ___, 2021

        U.S.D.J.