IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPUBLIC OF ARTSAKH**, on behalf of its civilian population (*28 Azatamartikneri Ave., Stepanakert, Artsakh*); <br><br> **NVER LALAYAN**, as survivor and next-of-kin of Arkady Lalayan, (*Alek Manukyan Street, Yerevan, Armenia*); <br><br> **SERGEY KOSTANDYAN**, (*12 Bryusov St., Stepanakert, Artsakh*); <br><br> and <br><br> **ELMIRA TOROSYAN**, (*Shosh Village, Askeran District, Artsakh*), <br><br>     Plaintiffs, <br><br>     v. <br><br> **L3HARRIS TECHNOLOGIES, INC.** (*1025 W. NASA Blvd, Melbourne, FL 32119*), <br><br>     Defendant. | No. 1:20-cv-2987 <br><br> Hon. Judge Amit P. Mehta |

## NOTICE OF WITHDRAWAL OF COUNSEL

  To the Clerk of Court and all parties of record:

Please withdraw the appearance of **Gayane Khechoomian** as counsel for Plaintiffs the Republic of Artsakh, Never Lalayan, Sergey Kostandyan, Elmira, Torosyan (collectively "Plaintiffs"). The basis for this withdrawal is that Ms. Khechoomian is no longer associated with Kerkonian Dajani LLP, the law firm representing Plaintiffs. The undersigned attorneys who have appeared on Plaintiffs' behalf from Kerkonian Dajani LLP will continue to represent Plaintiffs in this matter.

Dated: September 9, 2021               Respectfully submitted,

                                       /s/Elizabeth Al-Dajani

                                       Karnig S. Kerkonian (D.D.C. Bar No. IL0040)
                                       Elizabeth M. Al-Dajani (D.D.C. Bar No. IL0039)
                                       KERKONIAN DAJANI LLP
                                       1555 Sherman Avenue, Suite 344
                                       Evanston, Illinois 60201
                                       Tel. (312) 416-6180 Fax (312) 604-7815
                                       kkerkonian@kerkoniandajani.com
                                       ealdajani@kerkoniandajani.com

                                       *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Elizabeth Al-Dajani, hereby certify that on September 9, 2021, I caused the foregoing, Notice of Withdrawal of Counsel, to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which automatically serves such filing on opposing counsel in this case.

                                                    */s/ Elizabeth Al-Dajani*
                                                    Elizabeth Al-Dajani